IH-32                                                                    Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

## Full Caption of Later Filed Case:

N.S. on behalf of himself and his child, K.S., A.D.
on behalf of herself and her child, D.D.,

| Plaintiff | Case Number |
| --- | --- |
| vs. | 23-cv-9786 |
| NEW YORK CITY DEPARTMENT OF EDUCATION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID C. BANKS, IN HIS OFFICIAL CAPACITY, and THE CITY OF NEW YORK, | |
| Defendant | |

## Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

M.G. and V.M., on behalf of themselves
individually and as next friends on behalf
of their child, Y.T., et al.,

| Plaintiff | Case Number |
| --- | --- |
| vs. | 13-cv-4639 |
| New York City Department of Education, et al., | |
| Defendant | |

IH-32                                                                                                   Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open       (If so, set forth procedural status and summarize any court rulings.)

The M.G. v. NYC Department of Education case ("M.G. Class Action") was certified as a class action in January 2016. There are two classes and two subclasses certified. The parties are currently in discovery.

## Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both Plaintiffs who are filing the newly filed N.S. action (23-cv-9786) are original named plaintiffs in the M.G. Class Action. Plaintiff A.D. and D.D. were original Plaintiffs from 2013; Plaintiff N.S. and K.S. joined before the class was certified in 2016.  In the new action, 19-cv-9786, Plaintiffs seek relief from City Defendants' failure to implement final administrative orders for Autism Services (which are the subject of the Autism Services class in the M.G. Class Action) as well the failure to implement stay-put rights under 20 U.S.C. Section 1415(j) for Autism Services which are claims raised by the Autism Due Process Class. Collectively, multiple school years are involved in the new action which overlap with all the claims brough by the certified classes and subclasses. For N.S., the years span 2016-2017 up and through January 2023, as well as an ongoing claim concerning Section 1415. For A.D., the claims span 2018-2019 up and through June 30, 2023.  Moreover, K.S. and N.S. are also named Plaintiffs for the NPS Directive class and Due Process NPS Directive subclass, as K.S. attends an NPS program.

Plaintiffs' counsel is aware that the Court in M.G. does not generally accept cases as related to the M.G. Class Action.  However, given that the Plaintiffs in the newly filed K.S. action are original named plaintiffs who joined the M.G. Class Action prior to certification, and raise many systemic and individual claims that overlap with the class and subclass claims, the new action is inextricably related.  All discovery will overlap and any motion practice in the M.G. class action will be determinative of the claims in the new action. Further, certain claims of N.S. and K.S. may be tolled by the pendency of the M.G. Class Action. It would not be appropriate for another Court to construe the impact of or to assess the scope and impact of the pending M.G. Class Action on the statute of limitations of individual students.  Nor would it be appropriate for another court to issue rulings on the systemic claims concerning Autism Services or the NPS Directive at issue in the M.G. class action on behalf of two of the M.G. named Plaintiffs.

Considering the fact that the newly filed case is brought by two of the named M.G. Class Action Plaintiffs about multiple years, and the systemic claims overlap with the claims brough by the M.G. classes and subclasses, Plaintiffs respectfully request that the Court accept the action as related to the M.G. Class Action.  Even if the Court is unwilling to accept this action as related, Plaintiffs request that Magistrate Judge Lehrburger be assigned as the magistrate judge to ensure coordination of discovery and motion practice.

Signature: _____     Date: November 6, 2023

The Law Office of Elisa Hyman, P.C.

Firm: _____