USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2023

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

ALFRED MILLER, JR.
*Senior Counsel*
Phone: (212) 356-0886
AlfMille@law.nyc.gov
(not for service)

Granted.

December 1, 2023

SO ORDERED:

12/01/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: <u>N.S. on behalf of himself and his child, K.S., A.D., on behalf of herself and her child, D.D., v. New York City Department of Education, The Board of Education of the City School District of the City of New York, Chancellor David Banks, In his Official Capacity, The City of New York.</u>  1:23-cv-09786 (SHS) (RWL)

Dear Judge Lehrburger:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and write this letter to request that Defendant's time to answer or move in the above-referenced action be extended to January 19, 2024. Defendants' answer is currently due on December 5, 2023. This is Defendant's first request. The requested extension will allow my office to investigate the claims raised in the instant litigation and the related matters.

Plaintiff is represented by counsel, Elisa Hyman, Esq. Ms. Hyman has advised, however, that Plaintiff N.S. is only able to consent to this request for an extension subject to a condition - that Defendants agree not to raise the fact of Plaintiff's consent to Defendants' requested extension as grounds to (i) argue against any motion for emergency and/or preliminary relief and/or discovery that Plaintiff may make in this matter or (ii) assert that Plaintiff has waived the right to argue that emergency circumstances are present in this matter. Defendants agree to this condition (and have agreed to include this in this letter), but do not waive any other objections and arguments they may have in opposition to any potential application for interim relief or discovery.

Accordingly, we respectfully request an enlargement of Defendants' time to answer or move with respect to the complaint until January 19, 2024.

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        Alfred Miller, Jr.
                                        Assistant Corporation Counsel

cc:    Elisa Hyman, Esq., (Via ECF)
        Counsel for Plaintiffs