```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
N.S. et al,

                          Plaintiffs,

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION et al,

                         Defendants.
------------------------------------------------------------X

23-CV-9786 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On February 2, 2024, the Court directed Plaintiff to file the contemplated amended complaint by March 4, 2024. Plaintiff did not and has not filed any amended pleading. Accordingly, by April 15, 2024, Plaintiff shall either file their amended complaint or a status letter explaining why no amended pleading has been filed.

                                              SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2024
       New York, New York

Copies transmitted this date to all counsel of record.