UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

N.S., On Behalf of himself and on Behalf of his child, K.S.,
A.D. on behalf of herself, and her child, D.D., and on behalf
of her child D.D.1.

**ANSWER TO THE
AMENDED COMPLAINT**

23-CV-9786 (SHS) (RWL)

                                              Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
THE BOARD OF EDUCATION FO THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,
CHANCELLOR DAVID C. BANKS, IN HIS OFFICIAL
CAPACITY, AND THE CITY OF NEW YORK,

                                              Defendants.

---------------------------------------------------------------------- x

    The City of New York, the New York City Department of Education , The Board

of Education of the City School District of the City of New York, Chancellor David C. Banks, In

His Official Capacity, And The City Of New York ("DOE"), ("Defendants") by their attorney,

Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, for their Answer to

the Amended Complaint, ("Complaint"), respectfully state and allege as follows:

    1. Deny the allegations set forth in paragraph "1" of the Amended Complaint,

except admit that Plaintiff purports to proceed as stated therein.

    2. Deny the allegations set forth in paragraph "2" of the Amended Complaint.

    3. Deny the allegations set forth in paragraph "3" of the Amended Complaint.

    4. Deny the allegations set forth in paragraph "4" of the Amended Complaint.

    5. Deny the allegations set forth in paragraph "5" of the Amended Complaint.

6.   Deny the allegations set forth in paragraph "6" of the Amended Complaint, except admit that Plaintiff purports to proceed as stated therein, and respectfully refers the Court to the statutes cited therein for a complete and accurate statement of their provisions.

7.   Deny the allegations set forth in paragraph "7" of the Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions.

8.   Deny the allegations set forth in paragraph "8" of the Amended Complaint, respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions, except admit that the Defendants maintain a business address in the Southern District of New York.

9.   Deny the allegations set forth in paragraph "9" of the Amended Complaint, except admit that school records indicate K.S. is a student with a disability.

10. Deny the allegations set forth in paragraph "10" of the Amended Complaint, except admit that school records indicate K.S. is a student with a disability.

11. Deny the allegations set forth in paragraph "11" of the Amended Complaint and respectfully refers the Court to the proceeding referenced therein for a complete and accurate statement of its contents and import.

12. Deny the allegations set forth in paragraph "12" of the Amended Complaint, except admit that school records indicate K.S. resides in Queens County.

13. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "13" of the Amended Complaint.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph "14" of the Amended Complaint.

15. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "15" of the Amended Complaint.

16. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth "16" of the Amended Complaint.

17. Admit the allegations in paragraph "17" of the Amended Complaint.

18. Deny the allegations set forth in paragraph "18" of the Amended Complaint, except admit that school records indicate D.D.1. is a student with a disability.

19. Deny the allegations set forth in paragraph "19" of the Amended Complaint and respectfully refers the Court to the proceeding referenced therein for a complete and accurate statement of its contents and import.

20. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "20" of the Amended Complaint, except admit that school records indicate D.D. resides in Richmond County.

21. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "21" of the Amended Complaint.

22. Deny the allegations set forth in paragraph "of the Amended Complaint, except admit that Plaintiffs intend to proceed as set forth therein, and respectfully refers the Court to the statutes cited therein for a complete and accurate statement of their provisions.

23. Deny the allegations set forth in paragraph "23" of the Amended Complaint.

24. Deny the allegations set forth in paragraph "24" of the Amended Complaint, and respectfully refers the Court to the statue cited therein for a complete and accurate statement of its provisions.

25. Deny the allegations set forth in paragraph "25" of the Amended Complaint, and respectfully refers the Court to the statue cited therein for a complete and accurate statement of its provisions.

26. Deny the allegations set forth in paragraph "26" of the Amended Complaint, except admit David C. Banks is Chancellor of the Department of Education, and respectfully refers the Court to the statue cited therein for a complete and accurate statement of its provisions.

27. Deny the allegations set forth in paragraph "27" of the Amended Complaint.

28. Deny the allegations set forth in paragraph "28" of the Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions and import.

29. Deny the allegations set forth in paragraph "29" of the Amended Complaint, except admit that Plaintiffs intend to proceed as set for therein.

30. Deny the allegations set forth in paragraph "30" of the Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions and import.

31. Deny the allegations set forth in paragraph "31" of the Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions and import.

32. Deny the allegations set forth in paragraph "32" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

33. Deny the allegations set forth in paragraph "33" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

34. Deny the allegations set forth in paragraph "34" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

35. Deny the allegations set forth in paragraph "35" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

36. Paragraph "36" is a statement of law for which no response is required. To the extent a response is required, Defendants deny the allegations set forth in paragraph "36" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

37. Deny the allegations set forth in paragraph "37" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

38. Deny the allegations set forth in paragraph "38" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

39. Deny the allegations set forth in paragraph "39" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

40. Deny the allegations set forth in paragraph "40" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

41. Deny the allegations set forth in paragraph "41" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

42. Deny the allegations set forth in paragraph "42" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

43. Deny the allegations set forth in paragraph "43" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

44. Deny the allegations set forth in paragraph "44" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

45. Deny the allegations set forth in paragraph "45" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

46. Deny the allegations set forth in paragraph "46" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

47. Deny the allegations set forth in paragraph "47" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

48. Deny the allegations set forth in paragraph "48" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

49. Deny the allegations set forth in paragraph "49" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

50. Deny the allegations set forth in paragraph "50" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

51. Deny the allegations set forth in paragraph "51" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

52. Deny the allegations set forth in paragraph "52" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

53. Deny the allegations set forth in paragraph "53" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

54. Deny the allegations set forth in paragraph "54" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

55. Deny the allegations set forth in paragraph "55" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

56. Deny the allegations set forth in paragraph "56" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of its provisions and import.

57. Deny the allegations set forth in paragraph "57" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

58. Deny the allegations set forth in paragraph "58" of the Amended Complaint, and respectfully refers the Court to the authority cited therein for a complete and accurate statement of its provisions and import.

59. Deny the allegations set forth in paragraph "59" of the Amended Complaint, except admit school records indicate K.S. is a student with a disability.

60. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "60" of the Amended Complaint.

61. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "61" of the Amended Complaint.

62. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "62" of the Amended Complaint.

63. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "63" of the Amended Complaint

64. Deny the allegations set forth in paragraph "64" of the Amended Complaint.

65. Deny the allegations set forth in paragraph "65" of the Amended Complaint, and respectfully refers the Court to the Due Process Complaint ("DPC") cited therein for a complete and accurate statement of its contents and import.

66. Deny the allegations set forth in paragraph "66" of the Amended Complaint, and respectfully refers the Court to the Due Process Complaint ("DPC") cited therein for a complete and accurate statement of its contents and import.

67. Admit the allegations set forth in paragraph "67" of the Amended Complaint.

68. Admit the allegations set forth in paragraph "68" of the Amended Complaint.

69. Deny the allegations set forth in paragraph "69" of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents and import.

70. Deny the allegations set forth in paragraph "70" of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents and import.

71. Deny the allegations set forth in paragraph "71" of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

72. Admit the allegations set forth in paragraph "72" of the Amended Complaint.

73. Admit the allegations set forth in paragraph "73" of the Amended Complaint.

74. Deny the allegations set forth in paragraph "74" of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents and import.

75. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "75" of the Amended Complaint.

76. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "76" of the Amended Complaint.

77. Deny the allegations set forth in paragraph "77" of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

78. Deny the allegations set forth in paragraph "78" of the Amended Complaint, and respectfully refers the Court to the legal proceeding cited therein for a complete and accurate statement of its contents.

79. Deny the allegations set forth in paragraph "79 of the Amended Complaint, and respectfully refers the Court to the legal proceeding cited therein for a complete and accurate statement of its contents.

80. Deny the allegations set forth in paragraph "80" of the Amended Complaint.

81. Deny the allegations set forth in paragraph "81 of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

82. Deny the allegations set forth in paragraph "82" of the Amended Complaint.

83. Deny the allegations set forth in paragraph "83 of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

84. Deny the allegations set forth in paragraph "84 of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

85. Deny the allegations set forth in paragraph "85 of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

86. Deny the allegations set forth in paragraph "86 of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

87. Deny the allegations set forth in paragraph "87" of the Amended Complaint.

88. Deny the allegations set forth in paragraph "88 of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents.

89. Deny the allegations set forth in paragraph "89 of the Amended Complaint, and respectfully refers the Court to the administrative proceeding cited therein for a complete and accurate statement of its contents.

90. Deny the allegations set forth in paragraph "90" of the Amended Complaint.

91. Deny the allegations set forth in paragraph "91" of the Amended Complaint.

92. Deny the allegations set forth in paragraph "92" of the Amended Complaint, and respectfully refers the Court to the administrative decision referenced therein for a complete and accurate statement of its contents and import.

93. Deny the allegations set forth in paragraph "93" of the Amended Complaint.

94. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "94" of the Amended Complaint.

95. Deny the allegations set forth in paragraph "95" of the Amended Complaint, and respectfully refers the Court to the administrative order cited therein for a complete and accurate statement of its contents and import.

96. Deny the allegations set forth in paragraph "96" of the Amended Complaint.

97. Deny the allegations set forth in paragraph "97" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its provisions and import.

98. Deny the allegations set forth in paragraph "98" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents and import.

99. Deny the allegations set forth in paragraph "99" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents and import.

100. Deny the allegations set forth in paragraph "100" of the Amended Complaint.

101. Deny the allegations set forth in paragraph "101" of the Amended Complaint.

102. Deny the allegations set forth in paragraph "102" of the Amended Complaint, and respectfully refers the Court to the proceeding referenced therein for a complete accurate statement of its contents and import.

103. Deny the allegations set forth in paragraph "103" of the Amended Complaint, and respectfully refer to the administrative decision and order referenced therein for a complete and accurate statement of its contents.

104. Deny the allegations set forth in paragraph "104" of the Amended Complaint.

105. Deny the allegations set forth in paragraph "105" of the Amended Complaint.

106. Deny knowledge or information sufficient to forma  belief as to the truth of the allegations set forth in paragraph "106" of the Amended Complaint.

107. Deny the allegations set forth in paragraph "107" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents.

108.  Deny the allegations set forth in paragraph "108" of the Amended Complaint.

109. Deny the allegations set forth in paragraph "109" of the Amended Complaint.

110. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "110" of the Amended Complaint.

111. Deny the allegations set forth in paragraph "111" of the Amended Complaint.

112. Deny the allegations set forth in paragraph "112" of the Amended Complaint.

113. Deny the allegations set forth in paragraph "113" of the Amended Complaint.

114. Deny the allegations set forth in paragraph "114" of the Amended Complaint.

115. Deny the allegations set forth in paragraph "115" of the Amended Complaint, and respectfully refers the Court to the legal proceeding referenced therein for a complete and accurate statement of its contents.

116. Deny the allegations set forth in paragraph "116" of the Amended Complaint.

117. Deny the allegations set forth in paragraph "117" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding cited therein for a complete and accurate statement of its contents.

118. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "118" of the Amended Complaint.

119. Deny the allegations set forth in paragraph "119" of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents and provisions.

120. Deny the allegations set forth in paragraph "120" of the Amended Complaint, except admit the DOE did not contest IH 162051 on the record, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents.

121. Deny the allegations set forth in paragraph "121" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents.

122. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "122" of the Amended Complaint.

123. Deny the allegations set forth in paragraph "123" of the Amended Complaint, and respectfully refers the Court to the administrative decision referenced therein for a complete and accurate statement of its contents.

124. Deny the allegations set forth in paragraph "124" of the Amended Complaint, and respectfully refers the Court to the administrative decision referenced therein for a complete and accurate statement of its contents.

125. Deny the allegations set forth in paragraph "125" of the Amended Complaint.

126. Deny the allegations set forth in paragraph "126" of the Amended Complaint.

127. Deny the allegations set forth in paragraph "127" of the Amended Complaint, and respectfully refers the Court to the administrative order referenced therein for a complete and accurate statement of its contents.

128. Deny the allegations set forth in paragraph "128" of the Amended Complaint and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents.

129. Admit the allegations set forth in paragraph "129" of the Amended Complaint.

130. Deny the allegations set forth in paragraph "130" of the Amended Complaint.

131. Deny the allegations set forth in paragraph "131" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents and import.

132. Admit the allegations set forth in paragraph "132" of the Amended Complaint.

133. Deny the allegations set forth in paragraph "133" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents and import.

134. Deny the allegations set forth in paragraph "134" of the Amended Complaint.

135. Deny the allegations set forth in paragraph "135" of the Amended Complaint.

136. Deny the allegations set forth in paragraph "136" of the Amended Complaint, and respectfully refers the Court to the administrative decision referenced therein for a complete and accurate statement of its contents.

137. Deny knowledge or information sufficient to form a belief as to the allegations set forth in the allegations set forth in paragraph "136" of the Amended Complaint.

138. Deny the allegations set forth in paragraph "138" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents.

139. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "139" of the Amended Complaint.

140. Deny the allegations set forth in paragraph "140" of the Amended Complaint.

141. Deny the allegations set forth in paragraph "141" of the Amended Complaint.

142. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "142" of the Amended Complaint.

143. Deny the allegations set forth in paragraph "143" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding cited therein for a complete and accurate statement of its contents and import.

144. Admit the allegations set forth in paragraph "144" of the Amended Complaint.

145. Deny the allegations set forth in paragraph "145" of the Amended Complaint, and respectfully refers the Court to the administrative decision cited therein for a complete and accurate statement of its contents and import.

146. Deny the allegations set forth in paragraph "146" of the Amended Complaint.

147. Deny the allegations set forth in paragraph "147" of the Amended Complaint.

148. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "148" of the Amended Complaint.

149. Deny the allegations set forth in paragraph "149" of the Amended Complaint.

150. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "150" of the Amended Complaint.

151. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph "151" of the Amended Complaint.

152. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph "152" of the Amended Complaint.

153. Deny the allegations set forth in paragraph "153" of the Amended Complaint.

154. Deny the allegations set forth in paragraph "154" of the Amended Complaint.

155. Deny the allegations set forth in paragraph "155" of the Amended Complaint, except admit that the DOE is declining to defend a FAPE.

156. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "156" of the Amended Complaint.

157. Deny the allegations set forth in paragraph "157" of the Amended Complaint.

158. Deny the allegations set forth in paragraph "158" of the Amended Complaint, and respectfully refers the Court to the administrative proceeding referenced therein for a complete and accurate statement of its contents.

159. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "159" of the Amended Complaint.

160. Deny the allegations set forth in paragraph "160" of the Amended Complaint.

161. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "161" of the Amended Complaint.

162. Deny the allegations set forth in paragraph "162" of the Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions.

163. Deny the allegations set forth in paragraph "163" of the Amended Complaint, and respectfully refers the Court to the statute cited therein for a complete and accurate statement of its provisions.

164. Deny the allegations set forth in paragraph "164" of the Amended Complaint.

165. Deny the allegations set forth in paragraph "165" of the Amended Complaint, but admit that an unappealed order may establish an educational placement for pendency purposes.

166. Deny the allegations set forth in paragraph "166" of the Amended Complaint.

167. Deny the allegations set forth in paragraph "167" of the Amended Complaint.

168. Deny the allegations set forth in paragraph "168" of the Amended Complaint.

169. Deny the allegations set forth in paragraph "169" of the Amended Complaint and respectfully refers the Court to the administrative decision referenced therein for a complete and accurate statement of its provisions.

170. Deny the allegations set forth in paragraph "170" of the Amended Complaint.

171. Deny knowledge or information sufficient to form a belief as to the allegations set forth in paragraph "171" of the Amended Complaint.

172. Deny the allegations set forth in paragraph "172" of the Amended Complaint.

173. Deny the allegations set forth in paragraph "173" of the Amended Complaint.

174.  Deny the allegations set forth in paragraph "174" of the Amended Complaint.

175. Deny the allegations set forth in paragraph "175" of the Amended Complaint.

176. Deny the allegations set forth in paragraph "176" of the Amended Complaint.

177. Deny the allegations set forth in paragraph "177" of the Amended Complaint.

178. Deny the allegations set forth in paragraph "178" of the Amended Complaint, and respectfully refer to the administrative decision for a complete and accurate statement of its provisions and import.

179. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "179" of the Amended Complaint.

180. Deny the allegations set forth in paragraph "180" of the Amended Complaint.

181. Deny the allegations set forth in paragraph "181" of the Amended Complaint, and respectfully refers the Court to the administrative decision referenced therein for a complete and accurate statement of its provisions and import.

182. Deny the allegations set forth in paragraph "182" of the Amended Complaint.

183. Deny the allegations set forth in paragraph "183" of the Amended Complaint.

184. Deny the allegations set forth in paragraph "184" of the Amended Complaint.

185. Deny the allegations set forth in paragraph "185" of the Amended Complaint.

186. Deny the allegations set forth in paragraph "186" of the Amended Complaint.

187. Deny the allegations set forth in paragraph "187" of the Amended Complaint.

188. Deny the allegations set forth in paragraph "188" of the Amended Complaint.

189. Deny knowledge or information sufficient to form a belief of the allegations set forth in paragraph "189" of the Amended Complaint.

190. Deny the allegations set forth in paragraph "190" of the Amended Complaint.

191. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "191" of the Amended Complaint.

192. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "192" of the Amended Complaint.

193. Deny the allegations set forth in paragraph "193" of the Amended Complaint.

194. Deny the allegations set forth in paragraph "194" of the Amended Complaint.

195. Deny the allegations set forth in paragraph "195" of the Amended Complaint.

196. Deny the allegations set forth in paragraph "196" of the Amended Complaint.

197. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "197" of the Amended Complaint.

198. Deny the allegations set forth in paragraph "198" of the Amended Complaint.

199. Deny the allegations set forth in paragraph "199" of the Amended Complaint.

200. Deny the allegations set forth in paragraph "200" of the Amended Complaint.

201. Deny the allegations set forth in paragraph "201" of the Amended Complaint.

202. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "202" of the Amended Complaint.

203. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "203" of the Amended Complaint.

204. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "204" of the Amended Complaint.

205. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "205" of the Amended Complaint.

206. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "206" of the Amended Complaint.

207. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "207" of the Amended Complaint.

208. Deny the allegations set forth in paragraph "208" of the Amended Complaint.

209. Deny the allegations set forth in paragraph "209" of the Amended Complaint.

210. Deny the allegations set forth in paragraph "210" of the Amended Complaint, but admit that Defendants issue Related Services Authorizations to implement some related services.

211. Deny the allegations set forth in paragraph "211" of the Amended Complaint.

212. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "212" of the Amended Complaint.

213. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "213" of the Amended Complaint.

214. Deny the allegations set forth in paragraph "214" of the Amended Complaint.

215. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "215" of the Amended Complaint.

216. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "216" of the Amended Complaint.

217. Deny the allegations set forth in paragraph "217" of the Amended Complaint.

218. Deny the allegations set forth in paragraph "218" of the Amended Complaint.

219. Deny the allegations set forth in paragraph "219" of the Amended Complaint.

220. Deny the allegations set forth in paragraph "220" of the Amended Complaint.

221. Deny the allegations set forth in paragraph "221" of the Amended Complaint.

222. Deny the allegations set forth in paragraph "222" of the Amended Complaint.

223. Deny the allegations set forth in paragraph "223" of the Amended Complaint.

224. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "224" of the Amended Complaint.

225. Admit the allegations set forth in paragraph "225" of the Amended Complaint.

226. Deny the allegations set forth in paragraph "226" of the Amended Complaint, and respectfully refers the Court to the Executive Order cited therein for a complete and accurate statement of its provisions.

227. Deny the allegations set forth in paragraph "227" of the Amended Complaint, and respectfully refers the Court to the Executive Orders cited therein for a complete and accurate statement of their provisions.

228. Deny the allegations set forth in paragraph "228" of the Amended Complaint, and respectfully refers the Court to the authorities cited therein for a complete and accurate statement of their provisions or contents.

229. Deny the allegations set forth in paragraph "229" of the Amended Complaint, and respectfully refers the Court to the Executive Orders cited therein for a complete and accurate statement of their provisions.

230. Deny the allegations set forth in paragraph "230" of the Amended Complaint.

231. Deny the allegations set forth in paragraph"231" of the Amended Complaint.

232. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "232" of the Amended Complaint.

233. Repeats and realleges each and every response as if fully set forth herein.

234. Deny the allegations set forth in paragraph "234" of the Amended Complaint.

235. Deny the allegations set forth in paragraph "235" of the Amended Complaint.

236. Deny the allegations set forth in paragraph "236" of the Amended Complaint.

237. Deny the allegations set forth in paragraph "237" of the Amended Complaint.

238. Deny the allegations set forth in paragraph "238" of the Amended Complaint.

239. Repeats and realleges each and every response as if fully set forth herein.

240. Deny the allegations set forth in paragraph "240" of the Amended Complaint.

241. Deny the allegations set forth in paragraph "241" of the Amended Complaint.

242. Deny the allegations set forth in paragraph "242" of the Amended Complaint.

243. Deny the allegations set forth in paragraph "243" of the Amended Complaint.

244. Deny the allegations set forth in paragraph "244" of the Amended Complaint.

245. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "245" of the Amended Complaint.

246. Deny the allegations set forth in paragraph "246" of the Amended Complaint.

247. Deny the allegations set forth in paragraph "247" of the Amended Complaint.

248. Deny the allegations set forth in paragraph "248" of the Amended Complaint.

249. Deny the allegations set forth in paragraph "249" of the Amended Complaint.

250. Deny the allegations set forth in paragraph "250" of the Amended Complaint.

251. Deny the allegations set forth in paragraph "251" of the Amended Complaint.

252. Repeats and realleges each and every response as if fully set forth herein.

253. Deny the allegations set forth in paragraph "253" of the Amended Complaint.

254. Deny the allegations set forth in paragraph "254" of the Amended Complaint.

255. Deny the allegations set forth in paragraph "255" of the Amended Complaint.

256. Deny the allegations set forth in paragraph "256" of the Amended Complaint.

257. Deny the allegations set forth in paragraph "257" of the Amended Complaint.

258. Deny the allegations set forth in paragraph "258" of the Amended Complaint.

259. Deny the allegations set forth in paragraph "259" of the Amended Complaint.

### AS AND FOR A FIRST DEFENSE:

260. The Amended Complaint, in whole or in part, fails to state a claim upon which relief may be granted.

### AS AND FOR A SECOND DEFENSE:

261. Defendants have not violated any rights, privileges or immunities under the Constitution or laws of the United States, of the State of New York, or of any political subdivision thereof.

### AS AND FOR A THIRD DEFENSE:

262. At all times relevant to the acts alleged in the Amended Complaint, Defendants acted reasonably, properly, lawfully, without malice, and in good faith.

### AS AND FOR A FOURTH DEFENSE:

263.    Plaintiffs are not entitled to money damages.

### AS AND FOR A FIFTH DEFENSE:

264. Plaintiff is not entitled to an award of compensatory education, other services, or equitable relief.

### AS AND FOR A SIXTH DEFENSE:

265. The hours and expenses billed, and the rates charged by Plaintiffs' counsel are not reasonable.

## FOR A SEVENTH DEFENSE:

266.    To the extent that the Complaint alleges any claims arising under the laws of the State of New York, such claims may be barred in whole or in part by reason of Plaintiffs' failure to comply with the requirements of New York Education Law § 3813.

## FOR A EIGHTH DEFENSE:

267.    This action may be barred, in whole or in part, by the applicable statute of limitations.

## FOR A NINETH DEFENSE:

268.    At all times relevant to the acts alleged in the Complaint, the duties and functions of the municipal Defendant's officials entailed the reasonable exercise of proper and lawful discretion.  Therefore, Defendant has governmental immunity from liability.

## FOR A TENTH DEFENSE:

269.    Plaintiffs in whole or in part are moot.

## FOR A ELEVENTH DEFENSE:

270.    Any injury alleged to have been sustained resulted from Plaintiffs' own culpable or negligent conduct, or the intervening culpable or negligent conduct of individuals who are not parties to this lawsuit, and was not the proximate result of any act of Defendant.

**WHEREFORE,** Defendants request judgment dismissing the Amended Complaint, and all relief requested therein, together with such other and further relief as the Court deems just and proper.

Dated:      June 7, 2024
              New York, New York

                      **HON. SYLVIA O. HINDS-RADIX**
                      *Corporation Counsel of the City of New York*
                      Attorney for Defendants
                      100 Church Street
                      New York, NY 10007
                      (212) 356-2392
                      AlfMille@law.nyc.gov

                    By:                    
                            Alfred Miller, Jr.
                            Assistant Corporation Counsel

To:      Elisa Hyman, Esq.,
           The Law Office of Elisa Hyman
           1115 Broadway, 12th Floor
           New York, NY 10010
           Phone: (646) 572-9054
           elisahyman@gmail.com
           **Via ECF**