THE LAW OFFICE OF
**ELISA HYMAN**, P.C.

September 2, 2025

The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.
SO ORDERED:

9/3/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

    Re:    *N.S., et al. v. NYC Dep't of Educ.*, 23-cv-9786

Dear Judge Lehrburger:

    I represent the plaintiffs in this action, both of whom are named plaintiffs in the M.G. Class Action. I am writing jointly with both parties relative to the deadline to file the Case Management Plan ("CMP") today, September 2, 2025. The parties are requesting a short, extension of time to file the CMP to September 15, 2025, for reasons set forth below. This is the parties' first request for an extension of this deadline.

    First, the parties are in active discussions concerning whether the Defendants will agree to another amendment of the complaint to add claims concerning (a) the final administrative decision that was issued in Case No. 249892 (referenced in paragraph 154 of the Amended Complaint) (ECF No. 16); and (ii) a current pendency issue. If not, the parties will have to litigate that issue.

    Second, Plaintiff, A.D. (who is also an M.G. named Plaintiff), has an emergency which the parties have been discussing and are trying to resolve without a preliminary injunction, *to wit*: the DOE is supposed to be providing a harness and trained bus aide (1:1) to facilitate D.D.'s attendance on the bus to and from school, as he has dangerous behavioral issues during travel. These accommodations were ordered by hearing officers and are now his stay-put placement by virtue of a new hearing being filed (Case No. 296657). Due, in part, to the holiday weekend, as well as the fact that many DOE staff were away in August, Defendants have not yet had the time or ability to respond to Plaintiffs about how (if at all), they may be addressing this emergency issue when school starts this week. We are in active discussions about trying to resolve this situation.

    Thank you for Your Honor's consideration of this request.

    Respectfully submitted,

    /s/ *Elisa Hyman*
    Elisa Hyman, Esq.

cc: Attorneys of Record (via ECF)