THE LAW OFFICE OF

**ELISA HYMAN,** P.C.

September 15, 2025

The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted. The Case Management Plan deadline
is extended to September 24, 2025. The
proposed schedule for filing a motion to amend
the complaint is adopted.

SO ORDERED:

9/16/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    *N.S., et al. v. NYC Dep't of Educ.*, 23-cv-9786

Dear Judge Lehrburger:

I represent the plaintiffs in this action, both of whom are named plaintiffs in the M.G. Class
Action. I am writing jointly with both parties relative to the deadline to file the Case Management
Plan ("CMP") today. The parties are respectfully requesting one additional extension to September
24, 2025 to file the CMP and joint letter for the reasons set forth herein. Moreover, Plaintiffs are
proposing a process and motion schedule for their application to file an amended complaint. The
parties apologize for the lateness of this request.

As noted in the September 3, 2025 joint letter ("Joint Letter") (ECF No. 22), Plaintiff, A.D.
(who is also an M.G. named Plaintiff), has an emergency which the parties are trying to resolve
without a preliminary injunction, *to wit*: the DOE is supposed to be providing a harness and trained
bus aide (1:1) to facilitate D.D.'s attendance on the bus to and from school, as he has dangerous
behavioral issues during travel. These accommodations were ordered by hearing officers and are
now his stay-put placement by virtue of a new hearing being filed (Case No. 296657). Since the
Joint Letter, Defendants have measured D.D. for the harness and advised that it should be arriving
this week. The parties will be in a better position to propose dates to the Court that include a
potential settlement process if this issue gets resolved without the Court's intervention.[1]

Moreover, as we explained in the Joint Letter, Plaintiffs wanted to amend the complaint
again to, *inter alia,* add the final administrative decision issued in Case No. 249892 (referenced in
paragraph 154 of the Amended Complaint) (ECF No. 16), as well as a current pendency issue.
Moreover, a new administrative hearing decision was recently issued for N.S. which is not being
appealed by any party as of today (the deadline to file a notice of appeal). Thus, Plaintiffs wanted
to add that decision to this case, as it will be the final matter for N.S. between the parties, due to
the fact that he has aged out of a FAPE entitlement. Plaintiffs propose the following process for
any amendment: (a) Plaintiffs will file a letter motion to amend with a copy of the proposed
amendments by September 29, 2025; (b) by October 15, 2025, Defendants will advise whether

---

[1] Defendants' counsel will be out of the office from September 18, 2025 to September 22, 2025.

they are consenting to the amendments or opposing the amendment; (c) if they consent, and the Court grants the request, Plaintiffs will file the amended complaint within 48 hours of the Court's order; (d) if Defendants oppose, they will file their opposition by October 27, 2025, and (e) Plaintiffs will file their response by November 3, 2025.

Thank you for Your Honor's consideration of this request.

Respectfully  submitted,

_____ */s/ Elisa Hyman*
Elisa Hyman, Esq.


cc: Attorneys of Record (via ECF)