THE LAW OFFICE OF
# ELISA HYMAN, P.C.

Granted.

SO ORDERED:

10/1/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

September 29, 2025

The Hon. Robert W. Lehrburger, United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *N.S., et al. v. NYC Dep't of Educ.*, 23-cv-9786

Dear Judge Lehrburger:

The Law Office of Elisa Hyman, P.C. (specifically, Elisa Hyman, Esq.) represents the Plaintiffs in this action, both of whom are also named plaintiffs in the M.G. Class Action, 13-cv-4639. I am writing on behalf of Ms. Hyman to request a one-week extension of time to amend the complaint. As of yesterday, Ms. Hyman's right hand is in a splint up to her elbow and she has limited ability to type and navigate her computer with her left, non-dominant hand. She is working to improve her technology to accommodate this situation and will aim to submit the letter motion and amended complaint earlier due to an emergency situation concerning A.D.'s child. She apologizes for the lateness of this request but respectfully requests until October 6, 2025 to file her letter motion for leave to amend with the proposed amended complaint. She consents to a corollary extension of Defendants' time to respond.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Erin O'Connor*

Erin O'Connor, Esq., Of Counsel
The Law Office of Elisa Hyman, P.C.

cc: Attorneys of Record (via ECF)

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10010

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM