## Pendency Implementation Form

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

| Student Name | OSIS Number | DPC Number |
|---|---|---|
|  | 2■■■ | 296557 |

1. The basis for pendency is:

    ☐ IEP

    ☒ Unappealed FOFD (case number and date): 249892, 10-15-24

    ☐ Other (explain):

2. The pendency program consists of the following:

| Tuition | | |
|---|---|---|
| School Name | 10- or 12-Month Program | Other Notes |
| Nonpublic school 6:1:3 | 12-Month | |
| | | |

| Services | | | | |
|---|---|---|---|---|
| Service or Item | Ratio and Frequency | 10- or 12-Month Program | DOE or Private Provider | Private Provider Name and Rate |
| Speech-Language Therapy, 1:1 in school | 5x30 wk | 12 | | |
| Feeding therapy (in school when student can tolerate) | | | | |
| Trained Paraprofessional in school | Full-time, 1:1 Daily | 12 | | |
| Special education transportation between home and school including trips to and from any necessary specialized pendency programs cannot be accessed in home or school, on an air-conditioned mini bus, equipped with a car seat | Daily, roundtrip | 12 | | |

June 2023 version

## **Pendency Implementation Form**

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

| | | | | |
|---|---|---|---|---|
| and limited trave time of no more than thirty minutes each way; Appropriately fitted travel harness with training by OPT on safe use of harness; 1:1 bus aide trained on safe use of the harness who is able to safely manage the Student's maladaptive behaviors on the bus; BCBA supervision and training of the bus aide; Unavailability of the bus aide shall not cause the Student to miss his transportation to and from school, home and any necessary specialized pendency program. | | | | |
| Speech-Lang. Ther. after-school, weekends, holidays or home | 1:1 ,2x60 wk | 12-months, 52-weeks | | |
| Occupational Ther. after-school, weekends, holidays or home | 2x45 wk | 12-months, 52-weeks | | |
| Parent Training after-school, | 2x60 wk | 12-months, 52-weeks | | |

June 2023 version

**Pendency Implementation Form**

*Please complete the form above the bold line. The DOE will review all submissions prior to implementation.*

| | | | | |
|---|---|---|---|---|
| weekends, holidays or home | | | | |
| Supervision by BCBA or LBA after-school, weekends, holidays or home | 2x60 wk | 12-months, 52-weeks | | |
| ABA by a LBA, BCBA, or SEIT or Special Education Teacher with training in ABA, after-school, weekends, holidays or home. | 1:1, 20x60 wk | 12-months, 52-weeks | | |
| Feeding therapy after-school, home. Ind. | 1:1 2x60 wk | 12-months, 52-weeks | | |

Form submitted by: [name, date, relationship to student]

---

**For DOE use only:**

☒ The above program should be implemented as pendency.

Pendency starts on:

☒ The date the DPC was filed:   7/1/25

☐ Other (explain):

_Max A. Fleischer_          9/5/25
DOE Reviewer                Date

June 2023 version