Case 1:23-cv-09786-SHS-RWL    Document 33    Filed 10/17/25    Page 1 of 2



Granted.

SO ORDERED:

10/17/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ALFRED MILLER, JR.**
*Senior Counsel*
Phone: (212)-356-0886
AlfMille@law.nyc.gov
(not for service)

Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

May 16, 2024

Re:   N.S. on behalf of himself and his child, K.S., et. al., v. New York City Department of Education, et. al. 1:23-cv-09786 (SHS) (RWL)

Dear Judge Lehrburger:

As the Court is aware, this Office represents the Defendants in the above referenced matter. I am an Assistant Corporation Counsel in the Office of the Corporation Counsel and write in response to Your Honor's Order directing a response to Plaintiffs' application for leave to file a Second Amended Complaint. ECF No. 30. The undersigned counsel respectfully requests a brief extension of time to respond to Plaintiffs' letter.

By way of background, this Court adopted the parties' proposed schedule for filing a motion to amend the complaint. ECF No. 26. That schedule permitted Plaintiffs to file a letter motion seeking to amend the first amended complaint by September 29, 2025; by October 15, 2025, the Defendants would advise whether the they would consent or oppose the amendment. Id.  Plaintiffs, however sought a one week extension of their time to amend the complaint and consented to an extension for the Defendants to respond. This Court so ordered that application. ECF No. 28.  As a result of those extensions, it is Defendants' understanding that their response is due on October 22, 2025.

However, the undersigned Counsel has a planned leave until Monday October 27, 2025 and will not be able to communicate with my clients during that time. As such, Defendants respectfully request an extension of time, until October 31, 2025 to respond to Plaintiffs' letter with its consent or opposition to the proposed amendment. This is Defendants' first request for an extension. Plaintiffs consent to the requested extension.

Accordingly, we respectfully request an enlargement of Defendants' time to answer or move with respect to the complaint until October 31, 2025.

I thank the Court for its consideration of this request.

Respectfully submitted,

Alfred Miller, Jr.
Assistant Corporation Counsel

cc: Elisa Hyman, Esq., (Via ECF)
Counsel for Plaintiffs