UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.S. *et al.*,

                             Plaintiffs,

vs.

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                            Defendants.

Civ. No. 23-cv-9786
(SHS)(RWL)

**ORDER TO SHOW CAUSE**

**ORDER TO SHOW CAUSE**

Upon the accompanying Declaration of Elisa Hyman, Esq., together with the exhibits annexed thereto, and upon the Memorandum of Law submitted herewith, it is hereby ORDERED that Defendants The City of New York, the New York City Department of Education, the Board of Education of the City School District of the City of New York, and the Chancellor of the New York City School District, in his official capacity, shall show cause before this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, in Room _____, on _____, 2025, at _____ a.m./p.m., why a preliminary injunction should not issue pursuant to Federal Rule of Civil Procedure 65 and 20 U.S.C. § 1415(j), pending final disposition of this action, directing Defendants, their agents, officers, employees, and all persons acting in concert with them, to immediately implement and maintain Plaintiff student D.D.'s stay-put placement and services, including but not limited to the following:

a. By no later than January 5, 2025, arrange for and provide specialized transportation for D.D. consistent with his pendency placement, including transportation on an air-conditioned mini-bus with a maximum travel time of thirty (30) minutes each way;

b. By no later than January 5, 2025, implement a properly fitted safety harness for D.D. and ensure that all transportation staff are trained in its use;

c. By no later than January 5, 2025, assign a dedicated 1:1 transportation paraprofessional trained to safely manage D.D.'s severe maladaptive behaviors during transportation, with ongoing supervision by a BCBA;

d. By no later than January 5, 2025, implement and fund D.D.'s pendency-mandated extended-day services, including home-based applied behavior analysis services in the frequency and duration required under pendency;

e. Until the appropriate transportation described in (a)-(d) is in place, provide interim prospective funding for rideshare vouchers or an alternative transportation sufficient to ensure D.D.'s consistent attendance at school and access to his pendency placement.

e. By no later than January 12, 2025, implement D.D.'s pendency-mandated speech and language therapy services, including home-based services

f. By no later than January 12, 2025 Defendants shall identify and arrange for the provision of appropriately trained Applied Behavior Analyst providers who can work with D.D. during the hours not currently staffed by the current providers.

It is further ORDERED that service of this Order to Show Cause and all supporting papers via ECF shall be deemed sufficient service.

It is further ORDERED that Defendants shall file and serve any opposition papers on or before _____, 2025, at _____ a.m./p.m., and that Plaintiffs shall file and serve any reply papers on or before _____, 2025, at _____ a.m./p.m.

It is further ORDERED that Plaintiffs shall not be required to post security pursuant to Rule 65(c), as this action seeks enforcement of statutory rights under the Individuals with Disabilities Education Act and involves no monetary damages.

Dated: _____, 2025
New York, New York

Issued: _____ at _____ a.m./p.m.

_____
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

3