UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.S.. *et al.*,<br><br>                              Plaintiffs,<br>          vs.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,<br><br>                              Defendants. | Civ. No. 23-cv-9786 (SHS)(RWL)<br><br>**DECLARATION OF ELISA HYMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

ELISA HYMAN, ESQ. DECLARES UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 THAT THE FOLLOWING IS TRUE AND CORRECT:

1.      I am a member of the Bar of the State of New York and of this Court.

2.      I am counsel for Plaintiffs in the above-captioned case.

3.      I submit this declaration in support of the Plaintiffs' Motion for a Preliminary Injunction on behalf of A.D. on behalf of herself and her minor child, D.D.

4.      Attached hereto as Exhibit A is a redacted but otherwise true and correct copy of the Pendency Implementation Form filed in connection with Due Process Complaint No. 296557, reflecting the student's pendency program and services.

5.      Attached hereto as Exhibit B is a redacted but otherwise true and correct copy of the Findings of Fact and Decision in Case No. 249892, dated October 15, 2024.

6.      Attached hereto as Exhibit C is a redacted but otherwise true and correct copy of the Order on Pendency in Case No. 249892, dated April 21, 2024.

7.      Attached hereto as Exhibit D is a redacted but otherwise true and correct copy of the Findings of Fact and Decision in Case No. 229432, dated April 12, 2023.

8.      Attached hereto as Exhibit E is a redacted but otherwise true and correct copy of the Interim Order for Independent Evaluation(s) issued in Case No. 229432, dated November 29, 2022.

9.      Attached hereto as Exhibit F is a redacted but otherwise true and correct copy of the Order on Pendency in Case No. 229432, dated September 26, 2022.

10.      Attached hereto as Exhibit G is a redacted but otherwise true and correct copy of the Findings of Fact and Decision in Case No. 177046, dated July 10, 2022.

11.      Attached hereto as Exhibit H is a redacted but otherwise true and correct copy of the Pendency and Interim Order issued in Case No. 177046, dated February 13, 2019.

12.      Attached hereto as Exhibit I is a redacted but otherwise true and correct copy of the Findings of Fact and Decision in Case Nos. 166273 and 167570, dated January 1, 2022.

13.      Attached hereto as Exhibit J is a redacted but otherwise true and correct copy of the Second Interim Order issued in Case No. 166273, dated October 17, 2017.

14.      Attached hereto as Exhibit K is a redacted but otherwise true and correct copy of the declaration of A.D. dated December 13, 2025.

15.      Pursuant to Local Civil Rule 6.1(d), as set forth in the Memorandum of Law in Support of a Preliminary Injunction, the Declaration of Elisa Hyman, Esq., and the exhibits attached thereto, including the Declarations of Plaintiffs for Plaintiffs to move this Court for an order for immediate injunctive relief, as deprivation of educational services

2

constitutes irreparable harm and parents have the right to an automatic injunction to enforce their children's stay-put rights under 20 U.S.C. §1415(j) in court.

16.    I have notified Defendants' counsel that an application for emergency relief in Court may ensue if the pendency issues are not resolved.

17.    Pursuant to Local Civil Rule 6.1(d), no previous application for the specific relief has been made.

Executed in New York, New York on  December 16, 2025.

Elisa Hyman, Esq.,