UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

N.S. et al,

                              Plaintiffs,

           - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION et al,

                              Defendants.

-----------------------------------------------------------X

23-CV-9786 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on January 9, 2026, and as further specified herein:

1.    Defendant shall take at least the additional steps discussed at the conference to identify and provide a 1:1 transportation paraprofessional to safely manage the student's maladaptive behaviors during transportation by **January 15, 2026**. The parties shall file a status report by **January 16, 2026**.

2.    By **January 20, 2026**, Defendant shall (a) implement the student's pendency-mandated speech and language therapy services, and (b) identify and arrange for the provision of appropriately trained ABA providers who can work with the student during the hours not currently staffed by current providers. The parties shall file a status report by **January 22, 2026**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2026
New York, New York

Copies transmitted this date to all counsel of record.