THE LAW OFFICE OF

# ELISA HYMAN, P.C.

January 22, 2026

The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

1/23/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    *N.S., et al. v. NYC Dep't of Educ.*, 23-cv-9786 (SHS)(RWL)

Dear Judge Lehrburger:

I am writing jointly on behalf of both parties to respectfully request an extension of time for the parties to submit a status update due today, January 22, 2026, to Tuesday, January 27, 2026.

As the Court is aware, the City is reviewing a proposal by plaintiffs for an interim solution to the motion pending the completion of the transportation evaluation. Unfortunately, there was a Microsoft outage today that impacted Corporation Counsel's email and they were unable to receive external emails. As a result, the Defendants were unable to review the Plaintiffs' proposal in writing or to receive written communication from their clients.

In light of the above, as well as due to the upcoming storm that may impact the City on Monday, January 26, 2026, the parties propose that they be permitted to provide a status update to the Court on Tuesday, January 27, 2026. The parties agree to hold the motion for preliminary injunction in abeyance until January 27, 2026, while Defendants are considering Plaintiffs' proposal.

Thank you for Your Honor's consideration of the above.

Respectfully submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.
        */s Elisa Hyman*
By_____
Elisa Hyman, Esq.
Attorney's for Plaintiffs

1115 BROADWAY, 12TH FLOOR
NEW YORK, NY 10010

40 WEST 24TH STREET
NEW YORK NY 10010

WWW.SPECIALEDLAWYER.COM