THE LAW OFFICE OF

# ELISA HYMAN, P.C.

June 24, 2026

The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

**SO ORDERED:**

6/25/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    *N.S., et al. v. NYC Dep't of Educ.*, 23-cv-9786 (SHS)(RWL)

Dear Judge Lehrburger:

I write in response to the Court's order directing the parties to submit a joint status letter in the above-referenced matter. ECF No. 51. Plaintiffs apologize that the parties missed the deadline to submit the status letter.

Plaintiffs' counsel contacted Defendants' counsel on Monday, June 22, 2026, regarding the status letter due today, but the parties have not yet been able to confer regarding their respective positions. Accordingly, Plaintiffs respectfully request a further extension until July 2, 2026, to submit a joint status letter.

In the interim, Plaintiffs are providing the following update with respect to D.D., so as to not violate the Court's order.

On April 7, 2026, the impartial hearing officer in D.D.'s underlying due process hearing for the 2024-2025 and 2025-2026 school years issued a decision finding that the DOE failed to offer D.D. a free appropriate public education ("FAPE") for those school years. The IHO directed that the services that also constituted D.D.'s "stay-put" placement under 20 U.S.C. § 1415(j) be implemented for the remainder of the 2025-2026 school year, including rideshare if the transportation accommodations were not in place. Accordingly, D.D.'s stay-put placement is no longer at issue for the remainder of the 2025-2026 school year, because his program and services are governed by the final decision until a new due process complaint is filed. However, in order to maintain D.D.'s program, transportation, and extended day services, including Applied Behavior Analysis, and to obtain necessary transportation accommodations, Plaintiffs will likely have to file a new due process complaint at the beginning of July. In that event, D.D. will again be entitled to the protections of the stay-put provisions.

The DOE completed its transportation evaluation at the end of May 2026. On June 12, 2026, the DOE held an IEP meeting for the 2026-2027 school year. This afternoon, the DOE issued D.D.'s

IEP for the 2026-2027 school year, recommending a non-public school day program at his current school, Eden II. However, the IEP did not include ABA, 1:1 instruction, extended school day services, or the transportation accommodations listed in the DOE's own transportation evaluation. The DOE's representative informed A.D. that she must obtain a physician to review the DOE's transportation evaluation and request the transportation accommodations listed in that evaluation through the DOE's Office of School Health ("OSH"), rather than through the IEP team. Moreover, upon information and belief, at the June 2026 IEP meeting, the DOE's representative advised the parent that she must pursue the other services through an impartial hearing.

D.D. was scheduled to have surgery on his spleen in June 2026. He was admitted to the hospital, but the surgery was postponed after an infection was discovered. He was discharged last week and returned to school on Monday, June 22, 2026. The surgery has not yet been rescheduled, but it is likely to occur this summer.

Thank you for Your Honor's consideration of this request.

<div style="margin-left:40%">

Respectfully submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.


*/s Elisa Hyman*
By_____
Elisa Hyman, Esq.
Attorneys for Plaintiffs

</div>