THE LAW OFFICE OF
ELISA HYMAN, P.C.

Granted.

SO ORDERED:

8/21/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

August 20, 2026

The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *N.S., et al. v. NYC Dep't of Educ.*, 23-cv-9786 (SHS)(RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-reference action. I write to respectfully request a short extension of time for Plaintiffs to file a motion to amend the complaint and to propose a jointly agreed upon revised schedule for either resolving or litigating the issue.

The parties are still in negotiations about whether the parties will be able to settle the issue of whether Plaintiffs may file a Third Amended Complaint or if the parties will have to litigate the issue. As such, judicial economy would be served by this final extension, as it might avoid motion practice.

The parties have agreed on the following revised schedule, subject to the Court's approval:

By August 28, 2026, Defendants will inform Plaintiffs whether they agree to the filing of the amended complaint. If they agree, Plaintiffs will file the amended complaint by Sept 2, 2026.

If Defendants do not agree, the parties propose the following schedule for motion practice by letter brief:

9/8/26: Plaintiffs will file a motion to amend by letter brief not to exceed five pages
9/15/26: Defendants will file a response by letter brief not to exceed five pages.
9/18/26: Plaintiffs will file a reply by letter brief not to exceed three pages.

Within 14 days of the date that either the amended complaint is filed or the Court denies the motion for the amended complaint, the parties will submit a status letter to the Court as to next steps.

Plaintiffs apologize for the fact that this letter is being filed on the day the motion is due. If the Court does not agree to this new schedule, Plaintiffs respectfully requests a short extension of time until August 24, 2026 to file the motion seeking permission to amend.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.

*/s Elisa Hyman*
By____________________
Elisa Hyman, Esq.
Attorneys for Plaintiffs