THE LAW OFFICE OF
# ELISA HYMAN, P.C.

October 8, 2026

The Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

10/9/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *N.S., et al. v. NYC Dep't of Educ.*, 23-cv-9786 (SHS)(RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-reference action. I on behalf of the parties to respectfully request a one-week extension of time from today, October 8, 2026 to October 15, 2026, for the parties to submit a joint status letter. The parties have been in discussions about the status and next steps, but we have not yet negotiated a final joint position.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
THE LAW OFFICE OF ELISA HYMAN, P.C.

*/s Elisa Hyman*
By____________________
Elisa Hyman, Esq.
Attorneys for Plaintiffs

Cc: Counsel of Record