SO ORDERED:

10/19/26

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

So ordered. Next status report due November 15, 2026.

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ALFRED MILLER, JR.**
*Senior Counsel*
Phone: (212)-356-0886
AlfMille@law.nyc.gov
(not for service)

October 16, 2026

Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: N.S. on behalf of himself and his child, K.S., A.D., on behalf of herself and her child, D.D., v. New York City Department of Education, The Board of Education of the City School District of the City of New York, Chancellor David Banks, In his Official Capacity, The City of New York. 1:23-cv-09786 (SHS) (RWL)

Dear Judge Lehrburger:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, counsel to the Defendants in this action, I write jointly with the Plaintiff to provide a status update for the Court as ordered on September 30, 2026. ECF No.59. As this letter was due yesterday, October 16, 2026, the parties respectfully apologize for its lateness.

As an initial matter, the Defendants respectfully request an enlargement of time, *nunc pro tunc*, for Defendants' Answer to the Third Amended Complaint, which Defendants have filed today (ECF No. 62). No prior request was made. Further, Defendants apologize for the untimely request as it was due to an oversight on the part of the undersigned. Counsel for Plaintiffs consents to this request.

Second, as reported in the letter motion for an extension of time on October 8, 2026, "the parties have been in discussions about the status and next steps." ECF No.61. To that end, the parties are in informal settlement discussions and hope to narrow the scope of this litigation. Plaintiff intends to send a settlement demand for D.D. followed then for K.S. as both of these students have reached the age of twenty-two.

Accordingly, we respectfully request an enlargement of Defendants' time to answer the Third Amended Complaint.

Thank you for your consideration of this request.

Respectfully submitted,

Alfred Miller, Jr.
Assistant Corporation Counsel

cc: Elisa Hyman, Esq., (Via ECF)
Counsel for Plaintiffs